No. 89–6991.   MIKESELL *v.* DEPARTMENT OF TRANSPORTATION, NATIONAL TRANSPORTATION SAFETY BOARD, ET AL.

C. A. 9th Cir. Certiorari denied.